# Exhibit 3

Device Claim: 1

| US10958819B2 | HONOR Magic 6 Pro ("The Accused Product") |
|---|---|
| 1. A handheld device for capturing and displaying images and for identifying and marking of an element that is part of a human body, for use with a cellular network that uses a licensed frequency band, the device comprising: | The accused product is a handheld device (e.g., Smartphone) for capturing (e.g., capturing images through rear and front cameras) and displaying images (e.g., displaying captured images) and for identifying and marking (e.g., marking a bounding frame with four corner markers) of an element that is part of a human body (e.g., Face of user), for use with a cellular network that uses a licensed frequency band (e.g., 5G, LTE, etc.).<br><br>As shown below, the accused product is a handheld smartphone that supports cellular connectivity, including 5G, LTE, etc. It features front and rear cameras, along with a 6.80-inch FHD+ display. The camera is accessed via the Camera application, which displays images captured by the front and rear cameras on the device's screen. The device detects human faces, and the Camera application highlights them using a bounding frame with four corner markers. |



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.amazon.com/Honor-Magic6-Factory-Unlocked-Smartphone/dp/B0CST9M7RQ



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/content/dam/honor/global/products/smartphone/honor-magic6-pro/assets/video/video-tvc-all-pc.mp4



https://www.cnet.com/tech/mobile/honor-magic-6-pro-review-reigniting-my-passion-for-smartphone-tech/



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/

# Rear Camera

**Rear Camera**

50MP Wide Main Camera (f/1.4–f/2.0, OIS)

50MP Ultra Wide Camera (f/2.0)

180MP Periscope Telephoto Camera (f/2.6, 2.5x Optical Zoom, 100x Digital Zoom, OIS)

*The actual image resolution may vary depending on the shooting mode.The highest pixel requires entering the "HIGH-RES" mode for experience, please refer to the actual experience.

**Video Resolution**

3840 × 2160 pixels

*The actual video resolution may vary depending on the shooting mode.

**Rear Flashlight**

Rear single LED flash

**Capture Mode**

AI Motion Sensing Capture,AI photography, Super Wide Angle,

https://www.honor.com/global/phones/honor-magic6-pro/spec/

| | |
|---|---|
| | **Front Camera** |

**Front Camera**

50MP Front Camera(f/2.0) + 3D Depth Camera

*In different photo modes, the number of pixels may be slightly different, please refer to the actual situation.

**Image Resolution**

8128 x 6096 pixels

*The actual image resolution may vary depending on the shooting mode.

**Video Shooting**

Support for 4K (3840×2160) video recording

*The actual image resolution may vary depending on the video recording mode.

**Capture Mode**

Portrait, Watermark, Capture smiles, Mirror reflection, Timer, Night,Gesture control

https://www.honor.com/global/phones/honor-magic6-pro/spec/



https://www.honor.com/content/dam/honor/global/products/smartphone/honor-magic6-pro/assets/video/video-tvc-all-pc.mp4



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/

https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/

**Display**

| Size | Gestures |
|---|---|
| 6.80 inches | Supported |

*With a rounded corners design on the display, the diagonal length of the screen is 6.80 inches when measured according to the standard rectangle (the actual viewable area is slightly smaller).

**FullView Display Type**

Quad-Curved Floating Screen

| Aspect Ratio | Brightness |
|---|---|
| 19.69:9 | 5000nits |

| Color | Global Peak Brightness |
|---|---|
| 1.07 billion colors | 1600nits |

https://www.honor.com/global/phones/honor-magic6-pro/spec/

**Resolution**

FHD+ 1280 x 2800

*With a rounded corners design on the display, the resolution of the screen is 1280 x 2800 Pixels when measured according to the standard rectangle (the actual viewable area is slightly smaller).

https://www.honor.com/global/phones/honor-magic6-pro/spec/



https://www.honor.com/content/dam/honor/global/products/smartphone/honor-magic6-pro/assets/video/video-tvc-all-pc.mp4



Source: Usage of the accused product



marking of an element that is part of a human body

Source: Usage of the accused product



Source: Usage of the accused product

## Cellular Network

**Network Standard**

5G (NR)

4G (LTE TDD/LTE FDD)

3G (WCDMA)

2G (GSM)

cellular network that uses a licensed frequency band

Note:

*In Dual SIM version, either card slot can be set to accommodate the primary or secondary SIM card.

*Functions available on the live network depend on the situations of carrier's network and related services deployment.

**Data service**

5G NR/LTE TDD/LTE FDD/HSPA+/DC–HSDPA/WCDMA/EDGE/GPRS

*Functions available on the live network depend on the carrier network.

https://www.honor.com/global/phones/honor-magic6-pro/spec/

|  |  |
|---|---|
|  | https://www.techtarget.com/searchnetworking/answer/Whats-the-difference-between-licensed-and-unlicensed-wireless |
| a first camera for capturing a first image via a first optical lens that focus received light; | The accused product discloses a first camera (e.g., main rear camera) for capturing a first image (e.g., an image captured using the rear camera, etc.) via a first optical lens (e.g., the lens of the rear camera) that focus received light.<br><br>As shown below, the accused product features a 50 MP rear camera with a lens that focuses received light, enabling the capture of a first image. |



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/spec/



Source: Usage of the accused product

All smartphone cameras are made of three basic parts. The first is the lens that directs light into the camera. The second is the sensor that converts the focused photons of light into an electrical signal. And the third is the software that converts those electrical signals into an Instagram-ready photo. Let's take a closer look at each of these parts.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Lenses

Before light reaches the image sensor, it must pass through the lens. And before that, it passes through a small hole in the phone's body. The size of that hole is called the aperture, and it determines how much light makes it into the camera's sensor. Generally, a larger aperture is a good thing for mobile cameras because it means the camera has more light to work with.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

Once the light enters the camera module, the lens gathers the incoming light from your shot and directs it to the sensor. Smartphone cameras are made up of many plastic lenses called elements. Due to the nature of light, different wavelengths of light (colors) are refracted (bent) at different angles as they pass through a lens. That means that the colors from your scene are projected onto your camera sensor out of alignment. Cameras need multiple lenses to transmit a clear image to the sensor to correct this and other similar effects.



https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Focus

One essential function of the lenses that has traditionally been abstracted away from the user is focus. Some camera apps let you manually control the camera's focus. However, most of them control it through software using the sensor, extra hardware like a laser range finder, or a combination of the two.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

| a second camera for capturing a second image via a second optical lens that focus received light; | The accused product discloses a second camera (e.g., a front camera) for capturing a second image (e.g., image captured using the front camera) via a second optical lens (e.g., the lens of the front camera) that focus received light.<br><br>As shown below, the accused product features a 50 MP front camera with a lens that focuses received light, enabling the capture of a second image.<br><br><br><br>https://www.honor.com/global/phones/honor-magic6-pro/ |



Source: Usage of the accused product



https://www.honor.com/global/phones/honor-magic6-pro/



capturing a second image

Source: Usage of the accused product

All smartphone cameras are made of three basic parts. The first is the lens that directs light into the camera. The second is the sensor that converts the focused photons of light into an electrical signal. And the third is the software that converts those electrical signals into an Instagram-ready photo. Let's take a closer look at each of these parts.

| | https://www.androidpolice.com/how-do-smartphone-cameras-work/ <br><br> ## Lenses <br><br> Before light reaches the image sensor, it must pass through the lens. And before that, it passes through a small hole in the phone's body. The size of that hole is called the aperture, and it determines how much light makes it into the camera's sensor. Generally, a larger aperture is a good thing for mobile cameras because it means the camera has more light to work with. <br><br> https://www.androidpolice.com/how-do-smartphone-cameras-work/ |
|---|---|

Once the light enters the camera module, the lens gathers the incoming light from your shot and directs it to the sensor. Smartphone cameras are made up of many plastic lenses called elements. Due to the nature of light, different wavelengths of light (colors) are refracted (bent) at different angles as they pass through a lens. That means that the colors from your scene are projected onto your camera sensor out of alignment. Cameras need multiple lenses to transmit a clear image to the sensor to correct this and other similar effects.



https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Focus

One essential function of the lenses that has traditionally been abstracted away from the user is focus. Some camera apps let you manually control the camera's focus. However, most of them control it through software using the sensor, extra hardware like a laser range finder, or a combination of the two.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

| an image processor coupled to the cameras for receiving and processing the first and second captured images; | The accused product discloses an image processor (e.g., image processing module of the accused product, etc.) coupled to the cameras (e.g., front and rear cameras) for receiving and processing the first and second captured images (e.g., images captured through front and rear camera, etc.).<br><br>As shown below, the accused product features a Snapdragon 8 Gen 3 Processor, which includes an Image Signal Processor (ISP) unit for processing captured images. The images captured by the front and rear cameras are processed and displayed using the image processing module.<br><br><br><br>https://www.honor.com/global/phones/honor-magic6-pro/ |



https://www.honor.com/global/phones/honor-magic6-pro/

https://www.honor.com/global/phones/honor-magic6-pro/spec/

**Front Camera**

**Front Camera**

50MP Front Camera(f/2.0) + 3D Depth Camera

*In different photo modes, the number of pixels may be slightly different, please refer to the actual situation.

**Image Resolution**

8128 x 6096 pixels

*The actual image resolution may vary depending on the shooting mode.

**Video Shooting**

Support for 4K (3840×2160) video recording

*The actual image resolution may vary depending on the video recording mode.

**Capture Mode**

Portrait, Watermark, Capture smiles, Mirror reflection, Timer, Night,Gesture control

https://www.honor.com/global/phones/honor-magic6-pro/spec/



Source: Usage of the accused product



Source: Usage of the accused product



## Snapdragon 8 Gen 3

The phone features Snapdragon 8 Gen 3, demonstrating flagship performance with the powerful cores.

https://www.honor.com/global/phones/honor-magic6-pro/

## Processor

**CPU Model**

Snapdragon 8 Gen 3

**CPU Type**

Octa-core

**CPU Dominant Frequency**

1×Cortex-X4 3.3GHz+3×Cortex-A720
3.2GHz+2×Cortex-A720
3.0GHz+2×Cortex-A520 2.3GHz

**GPU**

Adreno 750

**Enhanced Chipset**

Discrete Security Chip S1

RF Enhanced Chip HONOR C1+

Power Enhanced Chip HONOR E1

https://www.honor.com/global/phones/honor-magic6-pro/spec/



# Snapdragon 8 Gen 3 Mobile Platform

Overview    Documentation    Hardware

## The Snapdragon® 8 Gen 3 Mobile Platform ignites endless possibilities.

Achieve new-found creativity using generative AI, intelligently capture unique content, get lost in console-defying mobile gaming, or jam out untethered to studio-quality lossless audio —all backed by the world's fastest mobile connectivity.

https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-gen-3-mobile-platform

**Camera** — image processor

Qualcomm Spectra™ Image Signal Processor
- Cognitive ISP, Triple 18-bit ISPs

Real-time Semantic Segmentation photo and video processing (up to 12 layers)

Engine for Visual Analytics 4.0, including hardware acceleration for iToF depth sensors up to 1080p30

Support for DCG HDR image sensors

Support for Staggered HDR image sensors

Support for QDOL HDR image sensors

Support for Less Blanking HDR image sensors

Support for Multi-Frame HDR image sensors

https://docs.qualcomm.com/doc/87-71408-1/87-71408-1_REV_G_Snapdragon_8_gen_3_Mobile_Platform_Product_Brief.pdf

**Camera**

| | |
|---|---|
| Image Signal Processor (ISP) Name | Qualcomm® Spectra™ |
| Image Signal Processor (ISP) Type | Hardware Accelerator for Computer Vision (CV-ISP), Cognitive ISP (Cog ISP), Image Signal Processor (ISP) |
| Image Signal Processor (ISP) Number | Triple ISP |
| Image Signal Processor (ISP) Bit Depth | 18-bit |
| Triple Camera (MFNR, ZSL, 30 fps) | 36 MP |
| Dual Camera (MFNR, ZSL, 30 fps) | 64+36 MP |
| Single Camera (MFNR, ZSL, 30 fps) | 108 MP |
| Single Camera | 200 MP |
| Features | Mega Low light photography, AI-based auto-exposure, AI-based auto-focus, AI-based face detection, Engine for Visual Analytics 3.0, Multi-frame Noise Reduction (MFNR), Locally Motion Compensated Temporal Filtering (MCTF), Real-time Semantic Segmentation, Truepic photo capture |

https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-gen-3-mobile-platform

| | |
|---|---|
| | The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.<br><br>• **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.<br><br>• **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.<br><br>• **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.<br><br>https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/ |
| a display coupled to the cameras and having a flat screen for visually displaying the first and second captured images; | The accused product discloses a display (e.g., 6.80-inch FHD+ display, etc.) coupled to the cameras (e.g., Front and rear camera, etc.) and having a flat screen for visually displaying the first and second captured images (e.g., image captured through front camera and main rear camera).<br><br>As shown below, the accused product has a 6.80-inch FHD+ flat display, along with front and rear cameras. It includes a camera application that displays images captured by the rear and front cameras (the first and second captured images) on the display. |



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/

## Display

**Size**

6.80 inches

*With a rounded corners design on the display, the diagonal length of the screen is 6.80 inches when measured according to the standard rectangle (the actual viewable area is slightly smaller).

**Aspect Ratio**

19.69:9

**Color**

1.07 billion colors

**Gestures**

Supported

**FullView Display Type**

Quad-Curved Floating Screen

**Brightness**

5000nits

**Global Peak Brightness**

1600nits

https://www.honor.com/global/phones/honor-magic6-pro/spec/

## Resolution

FHD+ 1280 x 2800

*With a rounded corners design on the display, the resolution of the screen is 1280 x 2800 Pixels when measured according to the standard rectangle (the actual viewable area is slightly smaller).

https://www.honor.com/global/phones/honor-magic6-pro/spec/



Source: Usage of the accused product



displaying the second captured image

Source: Usage of the accused product

| a cellular antenna for coupling to the cellular network; | The accused product comprises a cellular antenna (e.g., an antenna for transmitters and receivers supporting 5G, LTE, etc.) for coupling to the cellular network (e.g., 5G, LTE, etc.).<br><br>As shown below, the accused product is a smartphone with cellular connectivity, housing multiple antennas for transmitting and receiving 5G, LTE and 3G network signals. |

**Cellular Network**

**Network Standard**

5G (NR)

4G (LTE TDD/LTE FDD)

3G (WCDMA)

2G (GSM)

Note:
*In Dual SIM version, either card slot can be set to accommodate the primary or secondary SIM card.
*Functions available on the live network depend on the situations of carrier's network and related services deployment.

**Data service**

5G NR/LTE TDD/LTE FDD/HSPA+/DC–HSDPA/WCDMA/EDGE/GPRS

*Functions available on the live network depend on the carrier network.

https://www.honor.com/global/phones/honor-magic6-pro/spec/

# What is a Cellular Antenna?

A **cellular antenna** is a specialised device created to send and receive radio-frequency (RF) signals. Acting as a means for our mobile devices to connect with the extensive cellular network infrastructure, these antennas transform electrical signals from our gadgets into electromagnetic waves that travel through the air and back again, serving as a two-way vessel. Spanning from the tiny antennas nestled inside our smartphones to the towering structures on our horizons, their primary goal remains unchanged: to strengthen our devices with a reliable and powerful connection to the cellular network, and enabling uninterrupted communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

| | |
|---|---|
| | # Signal Transmission and Reception Basics<br><br>**Cellular antennas** are devices that send and receive radio-frequency (RF) signals, allowing our mobile devices to connect with the cellular network. They convert electrical signals from our devices into electromagnetic waves that travel through the air and back again. These waves are generated by an electrified piece of metal in the antenna. The hardware that creates these waves is called a transmitter, while the one that picks them up is a receiver. Mobile devices, which have both transmitters and receivers, work like two-way radios. They encode and decode information from these waves, enabling wireless communication.<br><br>https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/<br><br>## I Introduction<br><br>The **cell phone antenna** is a small antenna device on the mobile phone to receive and transmit electromagnetic waves. When you use a smartphone to make calls, send text messages, play online games, etc. a series of communication behaviors every day. Have you ever considered that the phone's antenna module is responsible for all of this? The smartphone will become a stand-alone game console if there is no antenna.<br><br>https://www.utmel.com/blog/categories/rf/what-is-a-cell-phone-antenna |
| a cellular transmitter coupled between the cellular antenna and the cameras for transmitting the first and second captured images to the cellular network; | The accused product discloses a cellular transmitter (e.g., data modem) coupled between the cellular antenna (e.g., an antenna for transmitters and receivers supporting 5G, LTE, etc.) and the cameras for transmitting the first and second captured images (e.g., image captured from the front camera and main rear camera) to the cellular network (e.g., 5G, LTE, etc.).<br><br>As shown below, the accused product is equipped with cellular connectivity, utilizing its cellular antennas and modems to provide network access. It also includes front and rear cameras, which are accessed via the camera application. |

Upon selecting a preview thumbnail within the application, previously captured images (first and second captured images) are displayed. The application further allows the user to share these images through cloud platforms using cellular networks such as 5G, LTE, etc.

**Cellular Network**

Network Standard

5G (NR)

4G (LTE TDD/LTE FDD)

3G (WCDMA)

2G (GSM)

Note:
*In Dual SIM version, either card slot can be set to accommodate the primary or secondary SIM card.
*Functions available on the live network depend on the situations of carrier's network and related services deployment.

Data service

5G NR/LTE TDD/LTE FDD/HSPA+/DC–HSDPA/WCDMA/EDGE/GPRS

*Functions available on the live network depend on the carrier network.

https://www.honor.com/global/phones/honor-magic6-pro/spec/

# How your device handles data

cellular transmitter

First, your device establishes a connection with one of the available cellular towers by emitting radio waves. To emit these radio waves, it needs to have a transmitter and antenna. The transmitter turns the data into radio waves that get transmitted through the antenna towards the nearest tower.

To receive data from cellular towers, the device has to have a receiver. Instead of sending data by creating radio waves, the receiver catches them coming from the cellular tower. Most of the time, the receiver and transmitter are combined into one device - a transceiver.

https://www.simbase.com/learning/how-mobile-networks-work

## Wireless Signals – The Basics

The underlying physics that make wireless communications possible are the electromagnetic waves that travel through the air. These waves are generated by an electrified piece of metal such as an antenna, which forms the waves as it becomes energized.

The hardware that generates these waves is called a transmitter and the hardware that picks up those waves is called a receiver. A mobile device that contains both types of hardware is often referred to as a two-way radio or transceiver. Transmitters and receivers encode and decode information to and from these waves in various ways, which provides the foundation for wireless signals.

https://www.qualcomm.com/developer/blog/2019/10/fundamentals-wireless-signals-and-cellular-networks

## Cellular Phone

In subject area: Computer Science

A cellular phone refers to a mobile device that utilizes low-powered radio transmitters and receivers to provide voice and data telephone service to users. It operates by transmitting information to cellular towers, which are connected to a central switching station and the telephone network, allowing uninterrupted communication as users move between different cell areas.

https://www.sciencedirect.com/topics/computer-science/cellular-phone

# What is a Cellular Antenna?

A **cellular antenna** is a specialised device created to send and receive radio-frequency (RF) signals. Acting as a means for our mobile devices to connect with the extensive cellular network infrastructure, these antennas transform electrical signals from our gadgets into electromagnetic waves that travel through the air and back again, serving as a two-way vessel. Spanning from the tiny antennas nestled inside our smartphones to the towering structures on our horizons, their primary goal remains unchanged: to strengthen our devices with a reliable and powerful connection to the cellular network, and enabling uninterrupted communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

# Signal Transmission and Reception Basics

**Cellular antennas** are devices that send and receive radio-frequency (RF) signals, allowing our mobile devices to connect with the cellular network. They convert electrical signals from our devices into electromagnetic waves that travel through the air and back again. These waves are generated by an electrified piece of metal in the antenna. The hardware that creates these waves is called a transmitter, while the one that picks them up is a receiver. Mobile devices, which have both transmitters and receivers, work like two-way radios. They encode and decode information from these waves, enabling wireless communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

# I Introduction

The **cell phone antenna** is a small antenna device on the mobile phone to receive and transmit electromagnetic waves. When you use a smartphone to make calls, send text messages, play online games, etc. a series of communication behaviors every day. Have you ever considered that the phone's antenna module is responsible for all of this? The smartphone will become a stand-alone game console if there is no antenna.

https://www.utmel.com/blog/categories/rf/what-is-a-cell-phone-antenna

**Cellular Modem-RF**

| Modem Name | Snapdragon™ X75 5G Modem-RF System[3] |
|---|---|
| Peak Download Speed | 10 Gbps |
| Peak Upload Speed | 3.5 Gbps |
| Cellular Modem-RF Specs | 4x4 MIMO (Sub-6), 2x2 MIMO (mmWave), 8 carriers (mmWave) |
| Performance Enhancement Technologies | Qualcomm® 5G Ultra-Low Latency Suite, Qualcomm® Smart Transmit™ Gen 4 technology, Qualcomm® 5G AI Suite Gen2, Qualcomm® 5G PowerSave Gen 4 |
| Cellular Technology | sub-6 GHz, HSPA, TDD, LTE, WCDMA, FDD, SA (standalone), NSA (non-standalone), TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE, EN-DC, CBRS, NR-DC (mmWave-sub6 dual connectivity), SA (standalone) mmWave, mmWave |
| Multi SIM | Global 5G Multi-SIM, Dual SIM support Qualcomm® DSDA Gen 2 (Dual Data) |

https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-gen-3-mobile-platform

# Limitless connectivity

Wander virtually anywhere with best-in-class 5G, Wi-Fi, and Bluetooth technologies converging into smooth work and play experiences. Achieve breakthrough 5G performance and speeds with the Snapdragon® X75 Modem-RF System, designed with AI hardware acceleration. Plus, the Qualcomm® FastConnect™ 7800 Mobile Connectivity System features leading Wi-Fi 7 that offers unstoppable speeds and reliability.

- World's first 5G modem with an integrated AI tensor hardware accelerator achieves better speeds, coverage, mobility, link robustness, and location accuracy
- 2.5x AI processing power from the predecessor at the hardware level, for faster, power-efficient operation, better location accuracy, and connectivity
- Only Wi-Fi system supporting High Band Simultaneous Multi-Link for blazing fast, low-latency performance

https://docs.qualcomm.com/doc/87-71408-1/87-71408-1_REV_G_Snapdragon_8_gen_3_Mobile_Platform_Product_Brief.pdf

- **Modems** — Converts wireless signals into data your phone understands. Components include 4G LTE, 5G, WiFi, and Bluetooth modems.

You may have also heard of something along the lines of a *manufacturing process* in the context of SoCs. It's
https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

| | The final piece of a modern smartphone SoC is the data modem, which allows you to access data networks from your carrier. Different modems also determine the speed and quality of your data connection. The most powerful modems hit download speeds above 1Gbps. There are also modems for Wi–Fi and Bluetooth data, but we're focusing on 4G and 5G modems today. <br><br> https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/ |
| --- | --- |



Source: Usage of the accused product

| a rechargeable battery connected to power the cameras, the image processor, the cellular transmitter, | The accused devices disclose a rechargeable battery (e.g., 5600mAh battery) connected to power the cameras (e.g., front and rear cameras), the image processor (e.g., image processing modules of the accused product, etc.), the cellular transmitter (e.g., data modem, etc.), and the display (e.g., display of the accused product). |
|---|---|

| and the display; and | As shown below, the accused product has a rechargeable battery that serves as the primary power source, supplying energy to essential components such as cameras, image processors, data modem, and display.  https://www.honor.com/global/phones/honor-magic6-pro/ |

## Battery

**Capacity**

5600 mAh (typical value), 5500 mAh (rated value)

*This capacity is the nominal battery capacity. The actual battery capacity for each individual phone may be slightly above or below the nominal battery capacity.

**Type**

Lithium polymer battery(HONOR Silicon-carbon Battery)

**Wired Charging**

The phone supports up to 20V/4A SuperCharge, compatible with 11V/6A,10V/4A, 10V/2.25A, 5V/4.5A,9V/2A.

*The actual charging power will change intelligently with different scenarios, please refer to the actual situation.

**Wireless Charging**

The phone supports up to max 66W Wireless SuperCharge.

*The wireless charging base is sold separately.The actual charging power will change intelligently with different scenarios, please refer to the actual situation.

https://www.honor.com/global/phones/honor-magic6-pro/spec/



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/

### Rear Camera

**Rear Camera**

50MP Wide Main Camera (f/1.4–f/2.0, OIS)

50MP Ultra Wide Camera (f/2.0)

180MP Periscope Telephoto Camera (f/2.6, 2.5x Optical Zoom, 100x Digital Zoom, OIS)

*The actual image resolution may vary depending on the shooting mode.The highest pixel requires entering the "HIGH-RES" mode for experience, please refer to the actual experience.

**Video Resolution**

3840 × 2160 pixels

*The actual video resolution may vary depending on the shooting mode.

**Rear Flashlight**

Rear single LED flash

**Capture Mode**

AI Motion Sensing Capture,AI photography, Super Wide Angle,

https://www.honor.com/global/phones/honor-magic6-pro/spec/

## Front Camera

**Front Camera**

50MP Front Camera(f/2.0) + 3D Depth Camera

*In different photo modes, the number of pixels may be slightly different, please refer to the actual situation.

**Image Resolution**

8128 x 6096 pixels

*The actual image resolution may vary depending on the shooting mode.

**Video Shooting**

Support for 4K (3840×2160) video recording

*The actual image resolution may vary depending on the video recording mode.

**Capture Mode**

Portrait, Watermark, Capture smiles, Mirror reflection, Timer, Night,Gesture control

https://www.honor.com/global/phones/honor-magic6-pro/spec/



https://www.honor.com/global/phones/honor-magic6-pro/

| | | | |
|---|---|---|---|
| | **Processor** | **CPU Model**<br>Snapdragon 8 Gen 3 | **GPU**<br>Adreno 750 |
| | | **CPU Type**<br>Octa-core | **Enhanced Chipset**<br>Discrete Security Chip S1<br>RF Enhanced Chip HONOR C1+<br>Power Enhanced Chip HONOR E1 |
| | | **CPU Dominant Frequency**<br>1×Cortex–X4 3.3GHz+3×Cortex–A720 3.2GHz+2×Cortex–A720 3.0GHz+2×Cortex–A520 2.3GHz | |
| | https://www.honor.com/global/phones/honor-magic6-pro/spec/ | | |



# Snapdragon 8 Gen 3 Mobile Platform

Overview    Documentation    Hardware

## The Snapdragon® 8 Gen 3 Mobile Platform ignites endless possibilities.

Achieve new-found creativity using generative AI, intelligently capture unique content, get lost in console-defying mobile gaming, or jam out untethered to studio-quality lossless audio —all backed by the world's fastest mobile connectivity.

https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-gen-3-mobile-platform

**Camera** image processor

Qualcomm Spectra™ Image Signal Processor
- Cognitive ISP, Triple 18-bit ISPs

Real-time Semantic Segmentation photo and video processing (up to 12 layers)

Engine for Visual Analytics 4.0, including hardware acceleration for iToF depth sensors up to 1080p30

Support for DCG HDR image sensors

Support for Staggered HDR image sensors

Support for QDOL HDR image sensors

Support for Less Blanking HDR image sensors

Support for Multi-Frame HDR image sensors

https://docs.qualcomm.com/doc/87-71408-1/87-71408-1_REV_G_Snapdragon_8_gen_3_Mobile_Platform_Product_Brief.pdf

**Camera**

| | |
|---|---|
| Image Signal Processor (ISP) Name | Qualcomm® Spectra™ |
| Image Signal Processor (ISP) Type | Hardware Accelerator for Computer Vision (CV-ISP), Cognitive ISP (Cog ISP), Image Signal Processor (ISP) |
| Image Signal Processor (ISP) Number | Triple ISP |
| Image Signal Processor (ISP) Bit Depth | 18-bit |
| Triple Camera (MFNR, ZSL, 30 fps) | 36 MP |
| Dual Camera (MFNR, ZSL, 30 fps) | 64+36 MP |
| Single Camera (MFNR, ZSL, 30 fps) | 108 MP |
| Single Camera | 200 MP |
| Features | Mega Low light photography, AI-based auto-exposure, AI-based auto-focus, AI-based face detection, Engine for Visual Analytics 3.0, Multi-frame Noise Reduction (MFNR), Locally Motion Compensated Temporal Filtering (MCTF), Real-time Semantic Segmentation, Truepic photo capture |

https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-gen-3-mobile-platform

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

# How your device handles data

cellular transmitter — First, your device establishes a connection with one of the available cellular towers by emitting radio waves. To emit these radio waves, it needs to have a transmitter and antenna. The transmitter turns the data into radio waves that get transmitted through the antenna towards the nearest tower.

To receive data from cellular towers, the device has to have a receiver. Instead of sending data by creating radio waves, the receiver catches them coming from the cellular tower. Most of the time, the receiver and transmitter are combined into one device - a transceiver.

https://www.simbase.com/learning/how-mobile-networks-work

## Wireless Signals – The Basics

The underlying physics that make wireless communications possible are the electromagnetic waves that travel through the air. These waves are generated by an electrified piece of metal such as an antenna, which forms the waves as it becomes energized.

The hardware that generates these waves is called a transmitter and the hardware that picks up those waves is called a receiver. A mobile device that contains both types of hardware is often referred to as a two-way radio or transceiver. Transmitters and receivers encode and decode information to and from these waves in various ways, which provides the foundation for wireless signals.

https://www.qualcomm.com/developer/blog/2019/10/fundamentals-wireless-signals-and-cellular-networks

## Cellular Phone

In subject area: Computer Science

A cellular phone refers to a mobile device that utilizes low-powered radio transmitters and receivers to provide voice and data telephone service to users. It operates by transmitting information to cellular towers, which are connected to a central switching station and the telephone network, allowing uninterrupted communication as users move between different cell areas.

https://www.sciencedirect.com/topics/computer-science/cellular-phone



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/

| | |
|---|---|
| | **Display**<br><br>**Size**<br>6.80 inches<br>*With a rounded corners design on the display, the diagonal length of the screen is 6.80 inches when measured according to the standard rectangle (the actual viewable area is slightly smaller).<br><br>**Aspect Ratio**<br>19.69:9<br><br>**Color**<br>1.07 billion colors<br><br>**Gestures**<br>Supported<br><br>**FullView Display Type**<br>Quad-Curved Floating Screen<br><br>**Brightness**<br>5000nits<br><br>**Global Peak Brightness**<br>1600nits<br><br>https://www.honor.com/global/phones/honor-magic6-pro/spec/<br><br>**Resolution**<br><br>FHD+ 1280 x 2800<br><br>*With a rounded corners design on the display, the resolution of the screen is 1280 x 2800 Pixels when measured according to the standard rectangle (the actual viewable area is slightly smaller).<br><br>https://www.honor.com/global/phones/honor-magic6-pro/spec/ |
| a single portable and handheld casing housing the cameras, the image processor, the cellular antenna, | The accused product discloses a single portable and handheld casing (e.g., smartphone casing) housing the cameras (e.g., front and rear camera), the image processor (e.g., image processing modules of the accused product, etc.), the cellular antenna (e.g., an antenna for transmitters and receivers supporting 5G, LTE, etc.), the cellular transmitter (e.g., data modem), and the display (e.g., display |

| | |
|---|---|
| the cellular transmitter, and the display, | of the accused product).<br><br>As shown below, the accused product has an outer casing that houses internal modules such as antennas, processors, modems, a battery, cameras, and display.<br><br><br><br>single portable<br><br>https://www.honor.com/global/phones/honor-magic6-pro/ |



https://www.honor.com/global/phones/honor-magic6-pro/



casing

https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/

https://www.honor.com/global/phones/honor-magic6-pro/

## Rear Camera

**Rear Camera**

50MP Wide Main Camera (f/1.4–f/2.0, OIS)

50MP Ultra Wide Camera (f/2.0)

180MP Periscope Telephoto Camera (f/2.6, 2.5x Optical Zoom, 100x Digital Zoom, OIS)

*The actual image resolution may vary depending on the shooting mode.The highest pixel requires entering the "HIGH-RES" mode for experience, please refer to the actual experience.

**Video Resolution**

3840 × 2160 pixels

*The actual video resolution may vary depending on the shooting mode.

**Rear Flashlight**

Rear single LED flash

**Capture Mode**

AI Motion Sensing Capture,AI photography, Super Wide Angle,

https://www.honor.com/global/phones/honor-magic6-pro/spec/

## Front Camera

**Front Camera**

50MP Front Camera(f/2.0) + 3D Depth Camera

*In different photo modes, the number of pixels may be slightly different, please refer to the actual situation.

**Image Resolution**

8128 x 6096 pixels

*The actual image resolution may vary depending on the shooting mode.

**Video Shooting**

Support for 4K (3840×2160) video recording

*The actual image resolution may vary depending on the video recording mode.

**Capture Mode**

Portrait, Watermark, Capture smiles, Mirror reflection, Timer, Night,Gesture control

https://www.honor.com/global/phones/honor-magic6-pro/spec/



Snapdragon 8 Gen 3

The phone features Snapdragon 8 Gen 3, demonstrating flagship performance with the powerful cores.

https://www.honor.com/global/phones/honor-magic6-pro/

## Processor

| **CPU Model** | **GPU** |
| --- | --- |
| Snapdragon 8 Gen 3 | Adreno 750 |

**CPU Type**

Octa-core

**Enhanced Chipset**

Discrete Security Chip S1

RF Enhanced Chip HONOR C1+

Power Enhanced Chip HONOR E1

**CPU Dominant Frequency**

1×Cortex-X4 3.3GHz+3×Cortex-A720
3.2GHz+2×Cortex-A720
3.0GHz+2×Cortex-A520 2.3GHz

https://www.honor.com/global/phones/honor-magic6-pro/spec/



# Snapdragon 8 Gen 3 Mobile Platform

Overview    Documentation    Hardware

## The Snapdragon® 8 Gen 3 Mobile Platform ignites endless possibilities.

Achieve new-found creativity using generative AI, intelligently capture unique content, get lost in console-defying mobile gaming, or jam out untethered to studio-quality lossless audio —all backed by the world's fastest mobile connectivity.

https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-gen-3-mobile-platform

**Camera** | image processor

Qualcomm Spectra™ Image Signal Processor
- Cognitive ISP, Triple 18-bit ISPs

Real-time Semantic Segmentation photo and video processing (up to 12 layers)

Engine for Visual Analytics 4.0, including hardware acceleration for iToF depth sensors up to 1080p30

Support for DCG HDR image sensors

Support for Staggered HDR image sensors

Support for QDOL HDR image sensors

Support for Less Blanking HDR image sensors

Support for Multi-Frame HDR image sensors

https://docs.qualcomm.com/doc/87-71408-1/87-71408-1_REV_G_Snapdragon_8_gen_3_Mobile_Platform_Product_Brief.pdf

**Camera**

| | |
|---|---|
| Image Signal Processor (ISP) Name | Qualcomm® Spectra™ |
| Image Signal Processor (ISP) Type | Hardware Accelerator for Computer Vision (CV-ISP), Cognitive ISP (Cog ISP), Image Signal Processor (ISP) |
| Image Signal Processor (ISP) Number | Triple ISP |
| Image Signal Processor (ISP) Bit Depth | 18-bit |
| Triple Camera (MFNR, ZSL, 30 fps) | 36 MP |
| Dual Camera (MFNR, ZSL, 30 fps) | 64+36 MP |
| Single Camera (MFNR, ZSL, 30 fps) | 108 MP |
| Single Camera | 200 MP |
| Features | Mega Low light photography, AI-based auto-exposure, AI-based auto-focus, AI-based face detection, Engine for Visual Analytics 3.0, Multi-frame Noise Reduction (MFNR), Locally Motion Compensated Temporal Filtering (MCTF), Real-time Semantic Segmentation, Truepic photo capture |

https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-gen-3-mobile-platform

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

## How your device handles data

cellular transmitter

First, your device establishes a connection with one of the available cellular towers by emitting radio waves. To emit these radio waves, it needs to have a transmitter and antenna. The transmitter turns the data into radio waves that get transmitted through the antenna towards the nearest tower.

To receive data from cellular towers, the device has to have a receiver. Instead of sending data by creating radio waves, the receiver catches them coming from the cellular tower. Most of the time, the receiver and transmitter are combined into one device - a transceiver.

https://www.simbase.com/learning/how-mobile-networks-work

## Wireless Signals – The Basics

The underlying physics that make wireless communications possible are the electromagnetic waves that travel through the air. These waves are generated by an electrified piece of metal such as an antenna, which forms the waves as it becomes energized.

The hardware that generates these waves is called a transmitter and the hardware that picks up those waves is called a receiver. A mobile device that contains both types of hardware is often referred to as a two-way radio or transceiver. Transmitters and receivers encode and decode information to and from these waves in various ways, which provides the foundation for wireless signals.

https://www.qualcomm.com/developer/blog/2019/10/fundamentals-wireless-signals-and-cellular-networks

## Cellular Phone

In subject area: Computer Science

A cellular phone refers to a mobile device that utilizes low-powered radio transmitters and receivers to provide voice and data telephone service to users. It operates by transmitting information to cellular towers, which are connected to a central switching station and the telephone network, allowing uninterrupted communication as users move between different cell areas.

https://www.sciencedirect.com/topics/computer-science/cellular-phone

# What is a Cellular Antenna?

A **cellular antenna** is a specialised device created to send and receive radio-frequency (RF) signals. Acting as a means for our mobile devices to connect with the extensive cellular network infrastructure, these antennas transform electrical signals from our gadgets into electromagnetic waves that travel through the air and back again, serving as a two-way vessel. Spanning from the tiny antennas nestled inside our smartphones to the towering structures on our horizons, their primary goal remains unchanged: to strengthen our devices with a reliable and powerful connection to the cellular network, and enabling uninterrupted communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

# Signal Transmission and Reception Basics

**Cellular antennas** are devices that send and receive radio-frequency (RF) signals, allowing our mobile devices to connect with the cellular network. They convert electrical signals from our devices into electromagnetic waves that travel through the air and back again. These waves are generated by an electrified piece of metal in the antenna. The hardware that creates these waves is called a transmitter, while the one that picks them up is a receiver. Mobile devices, which have both transmitters and receivers, work like two-way radios. They encode and decode information from these waves, enabling wireless communication.

https://www.taoglas.com/blogs/the-evolution-and-impact-of-cellular-antennas-from-4g-to-5g-and-beyond/

## I Introduction

The **cell phone antenna** is a small antenna device on the mobile phone to receive and transmit electromagnetic waves. When you use a smartphone to make calls, send text messages, play online games, etc. a series of communication behaviors every day. Have you ever considered that the phone's antenna module is responsible for all of this? The smartphone will become a stand-alone game console if there is no antenna.

https://www.utmel.com/blog/categories/rf/what-is-a-cell-phone-antenna



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/

| | |
|---|---|
| | **Display**<br><br>Size<br>6.80 inches<br><br>*With a rounded corners design on the display, the diagonal length of the screen is 6.80 inches when measured according to the standard rectangle (the actual viewable area is slightly smaller).<br><br>Aspect Ratio<br>19.69:9<br><br>Color<br>1.07 billion colors<br><br>Gestures<br>Supported<br><br>FullView Display Type<br>Quad–Curved Floating Screen<br><br>Brightness<br>5000nits<br><br>Global Peak Brightness<br>1600nits<br><br>https://www.honor.com/global/phones/honor-magic6-pro/spec/<br><br>**Resolution**<br><br>FHD+ 1280 x 2800<br><br>*With a rounded corners design on the display, the resolution of the screen is 1280 x 2800 Pixels when measured according to the standard rectangle (the actual viewable area is slightly smaller).<br><br>https://www.honor.com/global/phones/honor-magic6-pro/spec/ |
| wherein the casing comprises two opposed first and second exterior surfaces, | The accused product discloses the casing (e.g., smartphone casing) comprises two opposed first and second exterior surface (e.g., front and rear exterior surfaces).<br><br>As shown below, the accused product has an outer casing. The casing comprises two exterior surfaces: the first side includes the rear cameras and flashlight, while |

| | the second side includes the front camera and display.<br><br><br><br>https://www.honor.com/global/phones/honor-magic6-pro/ |



https://www.honor.com/global/phones/honor-magic6-pro/



second exterior surface

https://www.honor.com/global/phones/honor-magic6-pro/

| | |
|---|---|
| wherein the first optical lens is attached to the first surface and the second optical lens is attached to the second surface, | The accused product comprises the casing wherein the first optical lens (e.g., the lens of the rear camera) is attached to the first surface (e.g., back surface) and the second optical lens (e.g., the lens of the front camera) is attached to the second surface (e.g., front surface).<br><br>As shown, the accused product has an outer casing. The casing comprises two exterior surfaces, with the first side comprising the rear cameras and the flashlight, and the second surface with the front camera and display.<br><br> |

https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/



Source: Usage of the accused product



https://www.honor.com/global/phones/honor-magic6-pro/

| | |
|---|---|
| | **Rear Camera**<br><br>**Rear Camera**<br>50MP Wide Main Camera (f/1.4–f/2.0, OIS)<br>50MP Ultra Wide Camera (f/2.0)<br>180MP Periscope Telephoto Camera (f/2.6, 2.5x Optical Zoom, 100x Digital Zoom, OIS)<br>*The actual image resolution may vary depending on the shooting mode.The highest pixel requires entering the "HIGH-RES" mode for experience, please refer to the actual experience.<br><br>**Video Resolution**<br>3840 × 2160 pixels<br>*The actual video resolution may vary depending on the shooting mode.<br><br>**Rear Flashlight**<br>Rear single LED flash<br><br>**Capture Mode**<br>AI Motion Sensing Capture,AI photography, Super Wide Angle,<br><br>https://www.honor.com/global/phones/honor-magic6-pro/spec/<br><br>**Front Camera**<br><br>**Front Camera**<br>50MP Front Camera(f/2.0) + 3D Depth Camera<br>*In different photo modes, the number of pixels may be slightly different, please refer to the actual situation.<br><br>**Image Resolution**<br>8128 x 6096 pixels<br>*The actual image resolution may vary depending on the shooting mode.<br><br>**Video Shooting**<br>Support for 4K (3840×2160) video recording<br>*The actual image resolution may vary depending on the video recording mode.<br><br>**Capture Mode**<br>Portrait, Watermark, Capture smiles, Mirror reflection, Timer, Night,Gesture control<br><br>https://www.honor.com/global/phones/honor-magic6-pro/spec/ |
| wherein the image processor is operative to identify the element in the first captured image, | The accused product comprises the image processor (e.g., image processing module of the accused product, etc.) is operative to identify the element (e.g., face of a user, etc.) in the first captured image.<br><br>As shown below, the accused product features a Snapdragon 8 Gen 3 Processor, which includes an image signal processor that processes images from the rear and |

front cameras. When the camera is pointed at the user's face, it identifies the face and highlights it with a bounding frame consisting of four corner markers.



https://www.honor.com/global/phones/honor-magic6-pro/

## Processor

**CPU Model**

Snapdragon 8 Gen 3

**GPU**

Adreno 750

**CPU Type**

Octa-core

**Enhanced Chipset**

Discrete Security Chip S1

RF Enhanced Chip HONOR C1+

Power Enhanced Chip HONOR E1

**CPU Dominant Frequency**

1×Cortex-X4 3.3GHz+3×Cortex-A720 3.2GHz+2×Cortex-A720 3.0GHz+2×Cortex-A520 2.3GHz

https://www.honor.com/global/phones/honor-magic6-pro/spec/

 # Snapdragon 8 Gen 3 Mobile Platform

Overview    Documentation    Hardware

## The Snapdragon® 8 Gen 3 Mobile Platform ignites endless possibilities.

Achieve new-found creativity using generative AI, intelligently capture unique content, get lost in console-defying mobile gaming, or jam out untethered to studio-quality lossless audio —all backed by the world's fastest mobile connectivity.

https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-gen-3-mobile-platform

**Camera**  image processor

Qualcomm Spectra™ Image Signal Processor
- Cognitive ISP, Triple 18-bit ISPs

Real-time Semantic Segmentation photo and video processing (up to 12 layers)

Engine for Visual Analytics 4.0, including hardware acceleration for iToF depth sensors up to 1080p30

Support for DCG HDR image sensors

Support for Staggered HDR image sensors

Support for QDOL HDR image sensors

Support for Less Blanking HDR image sensors

Support for Multi-Frame HDR image sensors

https://docs.qualcomm.com/doc/87-71408-1/87-71408-1_REV_G_Snapdragon_8_gen_3_Mobile_Platform_Product_Brief.pdf

### Camera

| | |
|---|---|
| Image Signal Processor (ISP) Name | Qualcomm® Spectra™ |
| Image Signal Processor (ISP) Type | Hardware Accelerator for Computer Vision (CV-ISP), Cognitive ISP (Cog ISP), Image Signal Processor (ISP) |
| Image Signal Processor (ISP) Number | Triple ISP |
| Image Signal Processor (ISP) Bit Depth | 18-bit |
| Triple Camera (MFNR, ZSL, 30 fps) | 36 MP |
| Dual Camera (MFNR, ZSL, 30 fps) | 64+36 MP |
| Single Camera (MFNR, ZSL, 30 fps) | 108 MP |
| Single Camera | 200 MP |
| Features | Mega Low light photography, AI-based auto-exposure, AI-based auto-focus, AI-based face detection, Engine for Visual Analytics 3.0, Multi-frame Noise Reduction (MFNR), Locally Motion Compensated Temporal Filtering (MCTF), Real-time Semantic Segmentation, Truepic photo capture |

https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-gen-3-mobile-platform

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU) —** The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU) —** Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP) —** Converts data from the phone's camera into image and video files.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

### Rear Camera

| Rear Camera | Video Resolution |
| --- | --- |
| 50MP Wide Main Camera (f/1.4–f/2.0, OIS) | 3840 × 2160 pixels |
| 50MP Ultra Wide Camera (f/2.0) | *The actual video resolution may vary depending on the shooting mode. |
| 180MP Periscope Telephoto Camera (f/2.6, 2.5x Optical Zoom, 100x Digital Zoom, OIS) | **Rear Flashlight** |
| *The actual image resolution may vary depending on the shooting mode.The highest pixel requires entering the "HIGH-RES" mode for experience, please refer to the actual experience. | Rear single LED flash |
| | **Capture Mode** |
| | AI Motion Sensing Capture,AI photography, Super Wide Angle, |

https://www.honor.com/global/phones/honor-magic6-pro/spec/

**Front Camera**

**Front Camera**

50MP Front Camera(f/2.0) + 3D Depth Camera

*In different photo modes, the number of pixels may be slightly different, please refer to the actual situation.

**Image Resolution**

8128 x 6096 pixels

*The actual image resolution may vary depending on the shooting mode.

**Video Shooting**

Support for 4K (3840×2160) video recording

*The actual image resolution may vary depending on the video recording mode.

**Capture Mode**

Portrait, Watermark, Capture smiles, Mirror reflection, Timer, Night,Gesture control

https://www.honor.com/global/phones/honor-magic6-pro/spec/



identify the element in the first captured image

Source: Usage of the accused product

| | |
|---|---|
| wherein the display is coupled to the image processor for displaying the first captured image and the marking of the identified element in the first captured image, and | The accused product has the display (e.g., 6.80-inch FHD+ display, etc.) is coupled to the image processor (e.g., image processing module of the accused product, etc.) for displaying the first captured image (e.g., image captured using rear camera) and the marking of the identified element (e.g., marking user's face using a bounding frame with four corner markers) in the first captured image.<br><br>As shown below, the accused product features a 6.80-inch FHD+ display and a Snapdragon 8 Gen 3 Processor, which includes an image signal processor that processes images from the rear camera. The camera is accessed through the camera application, which displays images captured by the rear camera (first captured image) on the device's display. The device detects human faces, and the camera application highlights them using a bounding frame with four corner markers.<br><br><br><br>https://www.honor.com/global/phones/honor-magic6-pro/ |



https://www.honor.com/global/phones/honor-magic6-pro/

## Display

| | |
|---|---|
| **Size** | **Gestures** |
| 6.80 inches | Supported |
| *With a rounded corners design on the display, the diagonal length of the screen is 6.80 inches when measured according to the standard rectangle (the actual viewable area is slightly smaller). | **FullView Display Type** |
| | Quad-Curved Floating Screen |
| **Aspect Ratio** | **Brightness** |
| 19.69:9 | 5000nits |
| **Color** | **Global Peak Brightness** |
| 1.07 billion colors | 1600nits |

https://www.honor.com/global/phones/honor-magic6-pro/spec/

## Resolution

FHD+ 1280 x 2800

*With a rounded corners design on the display, the resolution of the screen is 1280 x 2800 Pixels when measured according to the standard rectangle (the actual viewable area is slightly smaller).

https://www.honor.com/global/phones/honor-magic6-pro/spec/



### Snapdragon 8 Gen 3

The phone features Snapdragon 8 Gen 3, demonstrating flagship performance with the powerful cores.

https://www.honor.com/global/phones/honor-magic6-pro/

## Processor

**CPU Model**

Snapdragon 8 Gen 3

**CPU Type**

Octa-core

**CPU Dominant Frequency**

1×Cortex–X4 3.3GHz+3×Cortex–A720 3.2GHz+2×Cortex–A720 3.0GHz+2×Cortex–A520 2.3GHz

**GPU**

Adreno 750

**Enhanced Chipset**

Discrete Security Chip S1

RF Enhanced Chip HONOR C1+

Power Enhanced Chip HONOR E1

https://www.honor.com/global/phones/honor-magic6-pro/spec/



# Snapdragon 8 Gen 3 Mobile Platform

Overview    Documentation    Hardware

## The Snapdragon® 8 Gen 3 Mobile Platform ignites endless possibilities.

Achieve new-found creativity using generative AI, intelligently capture unique content, get lost in console-defying mobile gaming, or jam out untethered to studio-quality lossless audio —all backed by the world's fastest mobile connectivity.

https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-gen-3-mobile-platform

**Camera** image processor

Qualcomm Spectra™ Image Signal Processor
• Cognitive ISP, Triple 18-bit ISPs

Real-time Semantic Segmentation photo and video processing (up to 12 layers)

Engine for Visual Analytics 4.0, including hardware acceleration for iToF depth sensors up to 1080p30

Support for DCG HDR image sensors

Support for Staggered HDR image sensors

Support for QDOL HDR image sensors

Support for Less Blanking HDR image sensors

Support for Multi-Frame HDR image sensors

https://docs.qualcomm.com/doc/87-71408-1/87-71408-1_REV_G_Snapdragon_8_gen_3_Mobile_Platform_Product_Brief.pdf

## Camera

| | |
|---|---|
| Image Signal Processor (ISP) Name | Qualcomm® Spectra™ |
| Image Signal Processor (ISP) Type | Hardware Accelerator for Computer Vision (CV-ISP), Cognitive ISP (Cog ISP), Image Signal Processor (ISP) |
| Image Signal Processor (ISP) Number | Triple ISP |
| Image Signal Processor (ISP) Bit Depth | 18-bit |
| Triple Camera (MFNR, ZSL, 30 fps) | 36 MP |
| Dual Camera (MFNR, ZSL, 30 fps) | 64+36 MP |
| Single Camera (MFNR, ZSL, 30 fps) | 108 MP |
| Single Camera | 200 MP |
| Features | Mega Low light photography, AI-based auto-exposure, AI-based auto-focus, AI-based face detection, Engine for Visual Analytics 3.0, Multi-frame Noise Reduction (MFNR), Locally Motion Compensated Temporal Filtering (MCTF), Real-time Semantic Segmentation, Truepic photo capture |

https://www.qualcomm.com/smartphones/products/8-series/snapdragon-8-gen-3-mobile-platform

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/



marking of the identified element in the first captured image

displaying the first captured image

Source: Usage of the accused product

| | |
|---|---|
| wherein the display is coupled to the cameras for displaying on the screen the first and second captured images. | The accused product has the display (e.g., 6.80-inch FHD+ display, etc.) is coupled to the cameras (e.g., front and rear camera) for displaying on the screen the first and second captured images (e.g., images captured through front and rear cameras).<br><br>As shown below, the accused product has front and rear cameras, along with a 6.80-inch FHD+ display. The camera is accessed through the camera application, which displays images captured by the front and rear cameras on the device's display. |



https://www.honor.com/global/phones/honor-magic6-pro/



https://www.honor.com/global/phones/honor-magic6-pro/

**Display**

| Size | Gestures |
|---|---|
| 6.80 inches | Supported |

*With a rounded corners design on the display, the diagonal length of the screen is 6.80 inches when measured according to the standard rectangle (the actual viewable area is slightly smaller).

**FullView Display Type**

Quad-Curved Floating Screen

| Aspect Ratio | Brightness |
|---|---|
| 19.69:9 | 5000nits |

| Color | Global Peak Brightness |
|---|---|
| 1.07 billion colors | 1600nits |

https://www.honor.com/global/phones/honor-magic6-pro/spec/

**Resolution**

FHD+ 1280 x 2800

*With a rounded corners design on the display, the resolution of the screen is 1280 x 2800 Pixels when measured according to the standard rectangle (the actual viewable area is slightly smaller).

https://www.honor.com/global/phones/honor-magic6-pro/spec/



https://www.honor.com/global/phones/honor-magic6-pro/

https://www.honor.com/global/phones/honor-magic6-pro/

## Rear Camera

**Rear Camera**

50MP Wide Main Camera (f/1.4–f/2.0, OIS)

50MP Ultra Wide Camera (f/2.0)

180MP Periscope Telephoto Camera (f/2.6, 2.5x Optical Zoom, 100x Digital Zoom, OIS)

*The actual image resolution may vary depending on the shooting mode.The highest pixel requires entering the "HIGH-RES" mode for experience, please refer to the actual experience.

**Video Resolution**

3840 × 2160 pixels

*The actual video resolution may vary depending on the shooting mode.

**Rear Flashlight**

Rear single LED flash

**Capture Mode**

AI Motion Sensing Capture,AI photography, Super Wide Angle,

https://www.honor.com/global/phones/honor-magic6-pro/spec/

## Front Camera

**Front Camera**

50MP Front Camera(f/2.0) + 3D Depth Camera

*In different photo modes, the number of pixels may be slightly different, please refer to the actual situation.

**Image Resolution**

8128 x 6096 pixels

*The actual image resolution may vary depending on the shooting mode.

**Video Shooting**

Support for 4K (3840×2160) video recording

*The actual image resolution may vary depending on the video recording mode.

**Capture Mode**

Portrait, Watermark, Capture smiles, Mirror reflection, Timer, Night,Gesture control

https://www.honor.com/global/phones/honor-magic6-pro/spec/



displaying on the screen the first captured image

Source: Usage of the accused product



displaying on the screen the second captured image

Source: Usage of the accused product