# Exhibit 4

Non-Method Claim: 1

| US9630062 | Honor Magic 6 Pro ("The accused product") |
|---|---|
| 1. A device for displaying in response to a sensed acceleration, the device having a single portable enclosure, and in the single enclosure comprising: | The accused product is a device for displaying in response to a sensed acceleration (e.g., acceleration caused by user movement, gravity, etc.), the device (e.g., the accused product) having a single portable enclosure (e.g., body of the accused product).<br><br>As shown below, the accused product contains an accelerometer within its body to sense acceleration. The accused product transitions between orientations, such as landscape and portrait, based on the acceleration (gravity) detected by its accelerometer. Icons displayed on the screen, such as those in the camera app, rotate based on the orientation of the accused product.<br><br><br><br>https://www.amazon.com/Honor-Magic6-Factory-Unlocked-Smartphone/dp/B0CST9M7RQ |



Source: Accelerometer information of the accused product extracted using a software reverse engineering tool



https://www.youtube.com/watch?v=K34-aCt9k-0



portable enclosure

https://www.youtube.com/watch?v=MGOiLEGjmMw

**In** the era of smartphones, we often take for granted the seamless transition between portrait and landscape modes when we tilt our devices. Have you ever wondered how your phone magically knows its orientation and adapts accordingly? The answer lies in a tiny, yet remarkably intelligent sensor known as the accelerometer.

https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c

| | |
|---|---|
| | Phone orientation detection relies on the synergy of three key sensors: the **accelerometer**, which measures linear acceleration and gravity, the **gyroscope**, which tracks angular velocity and rotation, and the **magnetometer**, which senses the Earth's magnetic field, collectively working together to provide a comprehensive understanding of the device's position and orientation<br><br>https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c |



Source: Honor Magic 6 Pro Camera App

| a three-axis accelerometer attached to the single enclosure for measuring the device acceleration and for producing a first output signal that represents the measured device acceleration; | The accused product discloses a three-axis accelerometer (e.g., accelerometer of the accused product) attached to the single enclosure (e.g., body of the accused product) for measuring the device acceleration (e.g., acceleration caused by user movement, gravity, etc.) and for producing a first output signal (e.g., output measured acceleration) that represents the measured device acceleration (e.g., acceleration caused by user movement, gravity, etc.).<br><br>As shown below, the accused product includes a three-axis accelerometer, which is attached to a motherboard inside the body of accused product. The |

accelerometer measures and outputs acceleration across three axes.



Source: Accelerometer information of the accused product extracted using a software reverse engineering tool



https://www.youtube.com/watch?v=MGOiLEGjmMw



https://www.youtube.com/watch?v=MGOiLEGjmMw

| a flat-panel digital display for displaying graphical or text information; | The accused product discloses a flat-panel digital display (e.g., 6.8" OLED display of the accused product) for displaying graphical (e.g., Images, symbols, videos, etc.) or text information (e.g., text across user interface and other applications).<br><br>As shown below, the accused product has a 6.8" OLED display. The display is used for displaying images, symbols, text, etc. as per user interaction with the accused product. |
|---|---|



https://www.youtube.com/watch?v=K34-aCt9k-0



### Display

**Size**

6.80 inches

*With a rounded corners design on the display, the diagonal length of the screen is 6.80 inches when measured according to the standard rectangle (the actual viewable area is slightly smaller).

**Aspect Ratio**

19.69:9

**Color**

1.07 billion colors

**Type**

OLED

**Resolution**

FHD+ 1280 x 2800

**Gestures**

Supported

**FullView Display Type**

Quad-Curved Floating Screen

**Brightness**

5000nits

**Global Peak Brightness**

1600nits

**Screen Glass Material**

HONOR NanoCrystal Shield

https://www.honor.com/global/phones/honor-magic6-pro/spec/



displaying graphical or text information

https://www.youtube.com/watch?v=K34-aCt9k-0

| a sensor coupled to the processor and having a second output responsive to a physical phenomenon; | The accused product discloses a sensor (e.g., camera sensor of the accused product) coupled to the processor (e.g., Snapdragon 8 Gen 3 processor) and having a second output (e.g., a captured image) responsive to a physical phenomenon (e.g., light reflected from a scene).<br><br>As shown below, the accused product has camera sensor coupled to its processor via the motherboard. The camera sensor captures images corresponding to the light reflected from a scene physically present in its field of view. |



### Processor

— processor

| | CPU Model | GPU |
| --- | --- | --- |
| | Snapdragon 8 Gen 3 | Adreno 750 |

**CPU Type**
Octa-core

**Enhanced Chipset**
Discrete Security Chip S1
RF Enhanced Chip HONOR C1+
Power Enhanced Chip HONOR E1

**CPU Dominant Frequency**
1×Cortex-X4 3.3GHz+3×Cortex-A720
3.2GHz+2×Cortex-A720
3.0GHz+2×Cortex-A520 2.3GHz

https://www.honor.com/global/phones/honor-magic6-pro/spec/

### Rear Camera

— sensor

**Rear Camera**
50MP Wide Main Camera (f/1.4–f/2.0, OIS)

50MP Ultra Wide Camera (f/2.0)

180MP Periscope Telephoto Camera (f/2.6, 2.5x Optical Zoom, 100x Digital Zoom, OIS)

*The actual image resolution may vary depending on the shooting mode.The highest pixel requires entering the "HIGH-RES" mode for experience, please refer to the actual experience.

**Video Resolution**
3840 × 2160 pixels

*The actual video resolution may vary depending on the shooting mode.

**Rear Flashlight**
Rear single LED flash

**Capture Mode**
AI Motion Sensing Capture,AI photography, Super Wide Angle, Aperture Multi-Video, Night shot

https://www.honor.com/global/phones/honor-magic6-pro/spec/



https://www.youtube.com/watch?v=MGOiLEGjmMw



Source: processor information of the accused product extracted using a software reverse engineering tool



second output responsive to a physical phenomenon

Source: Honor Magic 6 Pro Camera App

| a software and a processor for executing the software, the processor coupled to the accelerometer and to the digital display for displaying information in response to the first and second output signals; | The accused product discloses a software (e.g., camera application) and a processor (e.g., Snapdragon 8 Gen 3 processor) for executing the software (e.g., camera application), the processor (e.g., Snapdragon 8 Gen 3 processor) coupled to the accelerometer (e.g., accelerometer of the accused product) and to the digital display (e.g., 6.8" OLED display of the accused product) for displaying information (e.g., camera application user interface) in response to the first and second output signals (e.g., the acceleration and image captured by the accelerometer and the camera sensor respectively).<br><br>As shown below, the accused product includes a camera app that displays icons and an image preview. The orientation of the icons depends on the acceleration (gravity) measured by the accelerometer, while the image displayed in the |

preview depends on the scene captured by the camera sensor. The accelerometer of the accused product is connected to its processor (Snapdragon 8 Gen 3) via the motherboard.



Source: processor information of the accused product extracted using a software reverse engineering tool



Source: Accelerometer information of the accused product extracted using a software reverse engineering tool



Source: Honor Magic 6 Pro Camera App

**In** the era of smartphones, we often take for granted the seamless transition between portrait and landscape modes when we tilt our devices. Have you ever wondered how your phone magically knows its orientation and adapts accordingly? The answer lies in a tiny, yet remarkably intelligent sensor known as the accelerometer.

https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c

Phone orientation detection relies on the synergy of three key sensors: the **accelerometer**, which measures linear acceleration and gravity, the **gyroscope**, which tracks angular velocity and rotation, and the **magnetometer**, which senses the Earth's magnetic field, collectively working together to provide a comprehensive understanding of the device's position and orientation

https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c



| | |
|---|---|
| | Left Source: Honor Magic 6 Pro Camera App<br>Middle Source: Accelerometer information of the accused product extracted using a software reverse engineering tool<br>Right Source: Capture of Honor Magic 6 Pro Camera Interface<br><br><br><br>Top Left Source: Honor Magic 6 Pro Camera App<br>Top Right Source: Accelerometer information of the accused product extracted using a software reverse engineering tool<br>Bottom Left Source: Capture of Honor Magic 6 Pro Camera Interface |
| a rechargeable battery connected to power the device; and | The accused product discloses a rechargeable battery (e.g., 5600mAh battery of the accused product) connected to power the device (e.g., the accused product).<br><br>As shown below, the accused product has a 5600 mAh rechargeable battery. |



**Battery**

**Capacity**

5600 mAh (typical value), 5500 mAh (rated value)

*This capacity is the nominal battery capacity. The actual battery capacity for each individual phone may be slightly above or below the nominal battery capacity.

rechargeable battery

**Type**

Lithium polymer battery(HONOR Silicon-carbon Battery)

**Wired Charging**

The phone supports up to 20V/4A SuperCharge, compatible with 11V/6A,10V/4A, 10V/2.25A, 5V/4.5A,9V/2A.

*The actual charging power will change intelligently with different scenarios, please refer to the actual situation.

**Wireless Charging**

The phone supports up to max 66W Wireless SuperCharge.

*The wireless charging base is sold separately.The actual charging power will change intelligently with different scenarios, please refer to the actual situation.

https://www.honor.com/global/phones/honor-magic6-pro/spec/



https://www.youtube.com/watch?v=MGOiLEGjmMw

| | |
|---|---|
| a battery charger connected for contactless charging of the rechargeable battery. | The accused product discloses a battery charger (e.g., wireless charging coil and other charging elements of the accused product) connected for contactless charging of the rechargeable battery (e.g., battery of the accused product).<br><br>As shown below, the accused product supports wireless charging. The battery of the accused product is wirelessly charged using the charging coil and other charging elements.<br><br>**Battery**<br><br>**Capacity**<br>5600 mAh (typical value), 5500 mAh (rated value)<br>*This capacity is the nominal battery capacity. The actual battery capacity for each individual phone may be slightly above or below the nominal battery capacity.*<br><br>**Type**<br>Lithium polymer battery(HONOR Silicon-carbon Battery)<br><br>contactless charging<br><br>**Wired Charging**<br>The phone supports up to 20V/4A SuperCharge, compatible with 11V/6A,10V/4A, 10V/2.25A, 5V/4.5A,9V/2A.<br>*The actual charging power will change intelligently with different scenarios, please refer to the actual situation.*<br><br>**Wireless Charging**<br>The phone supports up to max 66W Wireless SuperCharge.<br>*The wireless charging base is sold separately.The actual charging power will change intelligently with different scenarios, please refer to the actual situation.*<br><br>https://www.honor.com/global/phones/honor-magic6-pro/spec/ |



https://www.youtube.com/watch?v=MGOiLEGjmMw



https://www.youtube.com/watch?v=MGOiLEGjmMw